Margaret C. ELFRETH and Wm. M. Clevenger, Appellants, v. Laurence A. SLAUGHTER, Receiver of Union National Bank of Atlantic City, et al., Appellees.

No. 5607.

Circuit Court of Appeals, Third Circuit.
Feb. 4, 1935.

Wm. M. & Thomas R. Clevenger, of Atlantic City, N. J., for appellants.

Harry R. Coulomb, of Atlantic City, N. J., for appellees.

Before BUFFINGTON, DAVIS, THOMPSON, Circuit Judges.

PER CURIAM.

In the court below the appellants, stockholders of an insolvent national bank now in the hands of a receiver, sought to enjoin such receiver from enforcing an assessment on the stockholders made by the Comptroller of the Currency.

Relying on Miller v. Stock, 65 F.(2d) 773, 90 A. L. R. 1061, a decision by this court, and Schram v. Schwartz, 68 F.(2d) 699, of the Second Circuit, the court below refused the sought for relief. Whereupon, the shareholders took this appeal.

It is clear the court committed no error, and its decree is therefore affirmed.